UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
                            )
Plaintiff,                  )
                            )   Case # 2:11-mj-0001-LRL
vs.                         )
                            )   DESIGNATION OF RETAINED COUNSEL
                            )   AND APPEARANCE PRAECIPE
John Kane                   )
                            )
Defendant.                  )

The undersigned defendant hereby appoints __Andrew Leavitt__

to appear generally for him/her as his/her attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED: __1-4-2011__                    _____
                                        Defendant's signature

## APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then ONLY when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED: __1-4-2011__                    _____
                                        Attorney's signature

                                        __633 S. 7th__
                                        Attorney's address

                                        __L.V. Nev. 89101__

                                        __382-2800__
                                        Attorney's phone number

Revised 6/15/09