DANIEL BOGDEN
United States Attorney
MICHAEL CHU
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>John Kane and<br>Andre Nestor,<br>    Defendants. | Case No. 2:11-cr-22-MMD-GWF<br><br>**The United States' Motion to Dismiss Counts 2 & 3 of the Indictment** |

The United States of America, by and through the undersigned attorneys, hereby moves this Court to dismiss Counts 2 and 3 of the Indictment (Dkt #12).

Dated:  May 6, 2013.

Respectfully submitted,

DANIEL BOGDEN
United States Attorney

/s/
_____
Michael Chu
Assistant U.S. Attorney

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>John Kane and<br>Andre Nestor,<br>    Defendants. | Case No. 2:11-cr-22-MMD-GWF<br><br>**Order Granting**<br>**The United States' Motion to Dismiss**<br>**Counts 2 & 3 of the Indictment** |

**Order**

Based on the United States' motion to dismiss Counts 2 and 3 of the Indictment (Dkt #12), and good cause appearing therefore, it is hereby ORDERED that the motion is GRANTED, and that Counts 2 and 3 of the Indictment are dismissed.

Dated this 6th day of May, 2013.

_____
United States District Court Judge