DANIEL BOGDEN
United States Attorney
MICHAEL CHU
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br>            Plaintiff,<br><br>v.<br><br>John Kane and<br>Andre Nestor,<br>            Defendants. | Case No. 2:11-cr-22-MMD-GWF<br><br>**The United States' Motion to Dismiss<br>Counts 2 & 3 of the Indictment** |

The United States of America, by and through the undersigned attorneys, hereby moves this Court to dismiss Counts 2 and 3 of the Indictment (Dkt #12).

Dated:  May 6, 2013.

                              Respectfully submitted,

                              DANIEL BOGDEN
                              United States Attorney

                                    /s/
                              _____
                              Michael Chu
                              Assistant U.S. Attorney

United States District Court

District of Nevada

| United States of America,<br>　　Plaintiff,<br><br>v.<br><br>John Kane and<br>Andre Nestor,<br>　　Defendants. | Case No. 2:11-cr-22-MMD-GWF<br><br>**Order Granting<br>The United States' Motion to Dismiss<br>Counts 2 & 3 of the Indictment** |
|---|---|

**Order**

Based on the United States' motion to dismiss Counts 2 and 3 of the Indictment (Dkt #12), and good cause appearing therefore, it is hereby ORDERED that the motion is GRANTED, and that Counts 2 and 3 of the Indictment are dismissed.

Dated this 6th day of May, 2013.

_____
United States District Court Judge