```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  DANIEL R. SCHIESS
    Assistant United States Attorney
 3  333 Las Vegas Blvd. South, Suite 5000
    Las Vegas, Nevada 89101
 4  (702)388-6336
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>      Plaintiff,                    )<br>                                     )<br>   v.                                )<br>                                     )<br> JOHN KANE, and                      )<br> ANDRE NESTOR                        )<br>                                     )<br>      Defendants.                    )<br> _____ ) | 2:11-cr-00022-MMD-GWF<br><br><u>NOTICE OF APPEARANCE</u> |

   COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and hereby enters Daniel R. Schiess, Assistant United States Attorney, as attorney of record in the above-captioned case.

   DATED this 22nd day of May, 2013.

                                        Respectfully submitted,

                                        DANIEL G. BOGDEN
                                        United States Attorney


                                         /S/ Daniel R. Schiess
                                        DANIEL R. SCHIESS
                                        Assistant United States Attorney

## ELECTRONIC CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee of the United States Attorney's Office, District of Nevada, and that on this day an electronic copy of the foregoing **Notice of Appearance** was electronically served on counsel of record.

DATED: May 22, 2013.

/s/ Pamela J. Mrenak
Pamela J. Mrenak
Legal Assistant