RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Andre Nestor

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-022-MMD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE TRIAL DATES** |
| JOHN KANE and ANDRE NESTOR, | (Ninth Request) |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Shari L. Kaufman, Assistant Federal Public Defender, counsel for ANDRE NESTOR, and Andrew M. Leavitt, Esq., counsel for John Kane, that the calendar call currently scheduled for August 12, 2013 at the hour of 1:00 p.m, and the trial currently scheduled for August 20, 2013 at the hour of 9:00 a.m, be vacated and set to a time and date convenient to this court.  However, in no event earlier than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. In light of this Court's Order granting the Motion to Dismiss Counts 2 and 3 of the Indictment, the parties request additional time to complete their investigation regarding the remaining counts.  The additional time requested would allow for a resetting in this matter.

2. The defendants are not incarcerated and do not object to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv). In the alternative, the continuance sought herein is also excludable under the Speedy Trial Act, Title 18, United States Code, 3161(h)(1)(D) because the "period of delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion[s]" shall be excluded in computing the time within which trial must commence.

5. This is the ninth request for continuance sought.

DATED this 23rd day of July, 2013.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ Shari L. Kaufman*<br>By: _____<br>SHARI L. KAUFMAN<br>Assistant Federal Public Defender<br>Counsel for Andre Nestor | */s/ Daniel Schiess*<br>By: _____<br>DANIEL SCHIESS<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| */s/ Andrew Leavitt*<br>By: _____<br>ANDREW LEAVITT, Esq.<br>Counsel for John Kane | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN KANE and<br>ANDRE NESTOR,<br><br>                    Defendants. | 2:11-cr-022-MMD-GWF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  In light of this Court's Order granting the Motion to Dismiss Counts 2 and 3 of the Indictment, the parties request additional time to complete their investigation regarding the remaining counts. The additional time requested would allow for a resetting in this matter.

2.  The defendants are not incarcerated and do not object to the continuance.

3.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

4.  The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv). In the alternative, the continuance sought herein is also excludable under the Speedy Trial Act, Title 18, United States Code, 3161(h)(1)(D) because the "period of delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion[s]" shall be excluded in computing the time within which trial must commence.

5.  This is the ninth request for continuance sought.

For all of the above-stated reasons, the ends of justice would best be served by a continuance sought.

3

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, 3161(h)(7) and Title 18 United States Code, §§ 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

In the alternative, the continuance sought herein is also excludable under the Speedy Trial Act, Title 18, United States Code, 3161(h)(1)(D) because the "period of delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion[s]" shall be excluded in computing the time within which trial must commence.

**ORDER**

IT IS THEREFORE ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be submitted to the Court by the _____ day of _____, 2013, by the hour of 4:00 p.m.

IT IS FURTHER ORDERED that calendar call currently scheduled for August 12, 2013 at the hour of 1:00 p.m., be vacated and continued to _____ at the hour of at the hour of _____: _____ _____.m.; and the trial currently scheduled for August 20, 2013 at the hour of 9:00 a.m., be vacated and continued to _____ at the hour of _____:_____ _____.m.

DATED ____ day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE