Daniel G. Bogden
United States Attorney
Daniel R. Schiess
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702)388-6336

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No.  2:11-cr-022-MMD-GWF |
| Plaintiff, | **Motion to Dismiss** |
| v. | |
| **John Kane and Andre Nestor,** | |
| Defendant. | |

The United States moves to dismiss count one of the indictment in this matter without prejudice pursuant to Fed.R.Crim.P. 48(a).[1] Originally the indictment charged the defendants with one count of conspiracy to commit wire fraud (count one) and two counts of computer fraud (counts two and three).  CR 12. On May 6, 2013, the government moved to dismiss counts two and three, CR 110, after the magistrate judge filed a report and recommendation, CR 86, recommending the Court grant defendants' motion to dismiss those counts.  Since then the government has evaluated the evidence and circumstances surrounding count one and determined that it in the interest of justice it should not go forward

---

[1] Fed.R.Crim.P. 48(a) provides: "The government may, with leave of court, dismiss an indictment, information, or complaint.  The government may not dismiss the prosecution during trial without the defendant's consent."

1

with the case under the present circumstances. Accordingly, the government asks that count one be dismissed without prejudice. *See United States v. Raineri*, 42 F.3d 36, 43 (1st Cir. 1994)("Customarily, Rule 48(a) dismissals are without prejudice and permit the government to reindict within the statute of limitations.").

          Respectfully submitted,

          Daniel G. Bogden
          United States Attorney

          By: /s/   Daniel R. Schiess
          Daniel R. Schiess
          Assistant United States Attorney

**Certificate of Service**

I certify that a copy of the foregoing pleading was filed on the Court's electronic filing system on the date set forth below, thereby effectuating service on defense counsel.

Dated: November 22, 2013.

                                            /s/ Daniel R. Schiess