UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN KANE and ANDRE NESTOR,<br><br>        Defendants. | Case No. 2:11-cr-00022-MMD-GWF<br><br>ORDER |

The United States has filed a motion to dismiss the remaining count (Count 1) of the Indictment pursuant to Fed.R.Crim.P. 48(a). (Dkt. no. 119.) Good cause appearing, it is ordered that the motion is granted and Count 1 of the Indictment is dismissed without prejudice.

ENTERED THIS 25th day of November 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE