1  Daniel G. Bogden
   United States Attorney
2  Daniel R. Schiess
   Assistant United States Attorney
3  333 Las Vegas Boulevard, Suite 5000
   Las Vegas, Nevada 89101
4  (702)388-6336

5  Attorneys for Plaintiff
   United States of America
6

7              UNITED STATES DISTRICT COURT
8                   DISTRICT OF NEVADA
9

10 **United States of America**,                 2:11-cr-00022-JCM-GWF
11                Plaintiff,
                                                 Stipulation for Extension of
12       v.                                      Time to Respond to Motion for Return of
                                                 Property
13 **John Kane,**
14                Defendant.
15

16       Defendant Kane filed a motion on June 10, 2015, for return of property seized
17 in connection with a criminal matter investigated by the state and later
18 investigated by the FBI.  The parties stipulate to the United States having until
19 July 12, 2015, to file its response to the motion.
20       In his motion, Kane seeks the return of items seized in January 2011
21 pursuant to the execution of a federal search warrant and $27,000 seized on July 3,
22 2009, by the gaming control board and $1,200 credit on a gaming machine
23 accumulated on July 3, 2009, all matters arising out of state and federal
24 investigations.  On June 26, 2016, the United States notified Kane that it would
25 return the items seized by the FBI.  But the $27,000 and $1,200 credit was not
26 seized by the FBI, and the United States needs additional time to determine what
27 its position on these items will be.  Accordingly, the parties stipulate that the
28

                                      1

United States shall have until July 12, 2015, to file its response, which will address the $27,000 and $1,200 credit. A hearing on the motion has been set for July 16, 2015.

Daniel G. Bogden<br>
United States Attorney<br><br>
/s/ Daniel R. Schiess<br>
Daniel R. Schiess<br>
Assistant United States Attorney<br><br><br>
/s/ Andrew M. Leavitt<br>
Andrew M. Leavitt<br>
Attorney for John Kane

## ORDER

It is hereby ordered that the United States shall have until July 12, 2015, to respond to defendant Kane's motion for return of property.

_____
United States Magistrate Judge

Dated: June 30, 2015