**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>                    Plaintiff,                   )<br>                                                          )<br> vs.                                                  )<br>                                                          )<br> JOHN KANE; ANDRE NESTOR,   )<br>                                                          )<br>                    Defendants.               )<br>_____ ) | Case No. 2:11-cr-00022-MMD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant John Kane's Motion for Return of Property (#121), filed June 10, 2015. Plaintiff filed a Response to Motion for Return of Property (#125) on July 9, 2015. The Court conducted a hearing in this matter on July 16, 2015. Based on the parties' representations that the matter at issue has been resolved,

**IT IS HEREBY ORDERED** that Defendant John Kane's Motion for Return of Property (#121) is denied without prejudice.

DATED this 16th day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge